# CHARGES AND PENALTIES

**CASE NAME:** Frederick Terrell      **CASE NO.** 2:22-CR-138-RMP-1

TOTAL # OF COUNTS: 1   ✓ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. §§ 922(g)(1), 924(a)(2) | Felon in Possession of a Firearm | Not more than ten years imprisonment; and/or a $250,000 fine; three years supervised release; a $100 special penalty assessment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |