PROB 12C
(6/16)

Report Date: August 11, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2026

SEAN F. MCAVOY, CLERK

ECF No. 54

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Frederick Terrell | Case Number: 0980 2:22CR00138-RLP-1

Address of Offender: [redacted] Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U. S. District Judge

Date of Original Sentence: June 13, 2023

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: | Prison - 51 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: May 12, 2026 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: May 11, 2029 |

## PETITIONING THE COURT

To issue a summons.

On July 8, 2026, Mr. Frederick Terrell signed his conditions relative to case number 2:22CR00138-RLP-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Terrell is alleged to have violated special condition number 5, by ingesting alcohol on or about July 27, 2026, based on both urinalysis testing and the subject's admission of such use.<br><br>Specifically, on July 27, 2026, Mr. Terrell reported to the U.S. Probation Office in Spokane, and submitted to urinalysis testing, the result of which proved presumptive positive for alcohol. Mr. Terrell admitted to ingesting two Twisted Tea alcoholic beverages previously on or about July 26, 2026, and did sign an admission form. |

2 **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Terrell is alleged to have violated special condition number 5, by ingesting alcohol on or about August 5, 2026, based on both urinalysis testing and the subject's admission of such use.

Specifically, on August 5, 2026, Mr. Terrell reported to the U.S. Probation Office in Spokane, and submitted to urinalysis testing, the result of which proved presumptive positive for alcohol. Mr. Terrell admitted to ingesting 3 Corona beers and 4 White Claw alcoholic beverages on or about August 3, 2026, and did sign an admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2026

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 11, 2026

Date